# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 16CR1873-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw<br>Courtroom 13A |
| v. | **ORDER TERMINATING PROBATION** |
| ANDREW METZGER, | |
| Defendant. | |

Good cause having been shown, with no opposition from the United States Probation Office or the United States Attorney's Office, it is hereby ordered that Mr. Metzger's remaining term of probation be terminated.

**SO ORDERED.**

Dated: September 30, 2020

_____
Hon. Dana M. Sabraw
United States District Judge